◼ In the Matter of FRANK J. GLINSKI, Appellant, v. RICHARD R. O'CONNELL et al., Constituting Erie County Board of Elections and Delmar L. Mitchell, Respondents. — Order unanimously affirmed, without costs. (See *Matter of O'Connor* v. *Power,* 309 N. Y. 774.) (Appeal from order of Erie Special Term, dismissing petition in proceeding to declare designating petition invalid.)

Present — Bastow, P. J., Williams, Del Vecchio, Witmer and Henry, JJ. (Order entered June 11, 1968.)